
# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Ashane Odaine WILSON,<br><br>　　　　　　Defendant. | Case No.:  '22 MJ1443<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about April 24, 2022, within the Southern District of California, Ashane Odaine WILSON, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Special Agent
　　　　　　　　　　　　　　　　　　　　　Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 25th of April 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON Daniel E. Butcher
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On April 24, 2022, at approximately 3:00 AM, Ashane WILSON, ("WILSON"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #13. WILSON was the driver, sole occupant, and registered owner of a 2017 Nissan Rogue ("the vehicle") bearing Florida license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the driver side undercarriage of the vehicle.

A Customs and Border Protection Officer received two negative Customs declarations from WILSON. WILSON stated he was crossing the border to go to San Diego, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear quarter panels of the vehicle.

Further inspection of the vehicle resulted in the discovery of 125 packages concealed in the quarter panels, seat and gas tank of the vehicle, with a total approximate weight of 68.34 kgs (150.35 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

WILSON was placed under arrest at approximately 9:09 AM.

1

WILSON was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

2